# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05908

Sheriff's Sale Date: _____

V.

CYNTHIA BRANISON A/K/A BRANISON CYNTHIA, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served CYNTHIA BRANISON the above process on the 14 day of January, 2017, at 6:00 o'clock, PM, at 2406 WEST NORRIS STREET PHILADELPHIA, PA 19121, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 36-40  Height 5'2  Weight 220  Race BLACK  Sex FEMALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of __PA__ )
) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally, appeared __Shannon Beckier__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-163541
Case ID #: 4775110

Subscribed and sworn to before me
this __18__ day of __Jan__, 20__17__

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017